
*1090064*
*6/16/10*
*$368.00*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: KELLY WEATHERUP         BK: 06-03466 K

UNCLAIMED FUNDS

  The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
     REFUND CHECK # 14877 FOR $368.00 DATED 01-19-2010
Mailed to: KELLY WEATHERUP, 7125 71ST PLACE, GLENDALE, NY 13385-7249    and it
    APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 368.00 IN CHECK # 15081
Representing unclaimed funds.

DATED: 6-14-2010

                                  *(signature)*
                                  ALBERT J. MOGAVERO
                                  CHAPTER 13 TRUSTEE


FILED JUN 16 2010 BANKRUPTCY COURT BUFFALO, NY